# Court of Appeals
# of the State of Georgia

ATLANTA, August 14, 2024

*The Court of Appeals hereby passes the following order:*

## A25D0008. ATLANTIC BILLBOARDS, LLC v. FAYETTE COUNTY, GEORGIA et al.

Atlantic Billboards, LLC ("Atlantic") submitted several sign permit applications that were denied by Fayette County's Planning and Zoning Director. Atlantic appealed to the Fayette County Zoning Board of Appeals ("ZBA"), which upheld the denials. Atlantic then filed a petition for writ of certiorari in superior court, asserting, inter alia, that the Fayette County Sign Ordinance is unconstitutional. Following a hearing, the superior court affirmed the ZBA's decisions, expressly finding that the sign ordinance is constitutional. Atlantic has now filed this application for discretionary appeal, seeking review of the court's order.

The Supreme Court of Georgia "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996); see Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1). Because the superior court rejected Atlantic's challenge to the constitutionality of the ordinance at issue, it appears that jurisdiction over this application may lie in the Supreme Court. As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this application is hereby TRANSFERRED to the Supreme Court for disposition. See *In the Interest of T. B.*, Case No. S21A1120 (Nov. 1, 2021) (noting that the Court of Appeals lacked

jurisdiction to decide application because the Supreme Court has exclusive appellate jurisdiction over constitutional questions).



*Court of Appeals of the State of Georgia*

   *Clerk's Office, Atlanta,   08/14/2024*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*